**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON**

**CIVIL ACTION NO. 11-276-JBC**

**MISTY LYNN WESLEY,**                                           **PLAINTIFF,**

**V.**                         **O R D E R**

**U.S. DEPARTMENT OF EDUCATION, et al.,**                   **DEFENDANTS.**

\* \* \* \* \* \* \* \* \*

This matter is before the court on Magistrate Judge Hanley A. Ingram's report and recommendation to deny certification of plaintiff Misty Lynn Wesley's complaint for agency action review of the United States Department of Education and the Kentucky Department of Revenue and other ancillary motions, R.3-5. No objection has been filed. Accordingly, **IT IS ORDERED** that Judge Ingram's report and recommendation, R.7, is **ADOPTED** as the opinion of the court, and certification of Wesley's claims is **DENIED**. **IT IS FURTHER ORDERED** that Wesley's complaint, R.3, is **DISMISSED** and her motions to proceed by writ of habeas corpus, R. 4, and to proceed, R.5, are **DENIED** based upon the court's denial of pre-filing certification, as required by general order, R.1.

Signed on October 18, 2011

JENNIFER B. COFFMAN, JUDGE
U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY